UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAREN S. WESTBROOKS,            )
                                       )
           Plaintiff,         )
                                       )
v.                             )       NO. 3:05-0664
                                       )       Judge Campbell
FIFTH THIRD BANK, EQUIFAX         )       Magistrate Judge Griffin
INFORMATION SERVICES, LLC,       )
EXPERIAN INFORMATION SOLUTIONS,  )
INC., AND TRANSUNION, LLC.,      )
                                       )
          Defendants.     )

## ORDER

Pending before the Court is a Motion to Dismiss by Defendant Fifth Third Bank (Docket No.

12), to which Plaintiff has responded in opposition (Docket No. 29).   With leave of Court, Defendant

Fifth Third Bank has filed a Supplemental Brief in support of its Motion to Dismiss (Docket Entry No.

53), and Plaintiff has supplemented her response in opposition (Docket Entry No. 57), to which

Defendant has replied  (Docket Entry No. 58).   For the reasons set forth in the accompanying

Memorandum, Defendant's Motion to Dismiss is GRANTED.   Accordingly, all claims against

Defendant Fifth Third Bank are hereby DISMISSED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE